```
                              UNITED STATES DISTRICT COURT
                              EASTERN DISTRICT OF MICHIGAN
                                   SOUTHERN DIVISION
```

DAVID C. BROWN,

        Plaintiff,                               Case No. 09-11685

v.                                                   Hon. Nancy G. Edmunds

PRUDENTIAL INSURANCE CO. OF
AMERICA,

        Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's May 17, 2010 Report and Recommendation. [Docket Text # 24.] Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's objections if any, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion to reverse administrator's decision is GRANTED and Defendant's cross motion to affirm decision is DENIED, and the case is hereby DISMISSED.

        SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: July 7, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 7, 2010, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager