UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David C. Brown,

    Plaintiff,

v.

The Prudential Insurance Company of America,

    Defendant.
_____/

Case No. 09-11685

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED JANUARY 14, 2011 [45]**

This matter has come before the Court on the Magistrate Judge's Report and Recommendation dated January 14, 2011. The Court is fully advised in the premises and has reviewed the record and the pleadings, including the Report and Recommendation. Neither party has filed objections. The Court therefore ACCEPTS AND ADOPTS the Report and Recommendation. The Court further accepts and adopts the Magistrate Judge's recommended judgment, included in this Court's Amended Judgment, and approved as to form by both parties.

The Magistrate Judge's Report and Recommendation is accepted and adopted as the findings and conclusions of the Court and the case is hereby DISMISSED.

    SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: February 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2011, by electronic and/or ordinary mail.

                        s/Carol A. Hemeyer
                        Case Manager